IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| OVERDRIVE TRANSPORTATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-0096 |
| | ) | Judge Trauger |
| | ) | Magistrate Judge Knowles |
| MARGARET (MICHELLE) WHIDBY, and | ) | |
| JORDAN D. WHIDBY, IV, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On January 26, 2007, the Magistrate Judge issued a Report and Recommendation, recommending dispositions of the plaintiff's request for judgment and attorney's fees and costs. (Docket No. 34) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion for Attorney Fees and Costs (Docket No. 22) is **GRANTED** only to the extent that the plaintiff is awarded costs in the amount of $250.

It is further **ORDERED** that the plaintiff is awarded judgment against the defendants, jointly and severally, in the following amounts:

a. $264, 647.88 as the net amount for plaintiff's trebled damages based upon defendants' violation of 18 U.S.C. §§ 1962(c) and 1962(d);

b. $250.00 for costs; and

c. $9,578.94 for prejudgment interest.

It is so **ORDERED**.

ENTER this 13th day of February 2007.

ALETA A. TRAUGER
United States District Judge