IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OVERDRIVE TRANSPORTATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:06-0096 |
| ) | Judge Trauger |
| ) | |
| MARGARET (MICHELLE) WHIDBY, and ) | |
| JORDAN D. WHIDBY, IV, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On February 12, 2007, the Magistrate Judge issued a Report and Recommendation for an award of attorney's fees. (Docket No. 40) No objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff is awarded attorney's fees in the amount of $13,003.50.

It is so **ORDERED**.

ENTER this 14th day of March 2007.

ALETA A. TRAUGER
United States District Judge